UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ADEDOJA OMOBOYIN ALAYANDE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-00871 |
| | § | |
| MARTIN FRINK, | § | |
| | § | |
| Respondent. | § | |

**ORDER** OF DISMISSAL

The petitioner, Adedoja Omoboyin Alayande, is a detainee in the custody of United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") officials at the Houston Processing Center. Alayande filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, challenging her continued detention. Doc. No. 1.

The Court observes that Alayande previously filed a petition seeking the same relief that she seeks in this case. *See Alayande v. Frink*, Civ. No. 4:26-cv-373 (S.D. Tex. 2026).[1] In *Alayande*, the Court held that it lacked jurisdiction to review the denial of the petitioner's bond redetermination because an Immigration Judge ("IJ") had conducted that hearing under 8 U.S.C. § 1226(a) and determined that the petitioner is a danger to persons and

---

[1] The Court takes judicial notice of the petitioner's previous case. In *Alayande*, the Government explained that the petitioner is being held under 8 U.S.C. § 1226(a) because she overstayed her visa. *Id.* at Doc. No. 7. She was afforded a bond hearing, and bond was denied based on the Immigration Judge's findings. *See id.* at Doc. Nos. 7 & 8.

1 / 2

property based on her arrest and subsequent charges for injury to a child and burglary of a habitation. *Id.* at Doc. No. 8.

As the *Alayande* Court found, the IJ's discretionary determination is not subject to review. *Id.* at 3 (citing 8 U.S.C. § 1226(e)). Alayande does not otherwise state a claim for which habeas relief may be granted.

Accordingly, the Court **ORDERS** as follows:

1. The petition (Doc. No. 1) is **DENIED**.

2. This case is **DISMISSED.**

3. All other pending motions, if any, are **DENIED as MOOT.**

SIGNED on this ____3ʳᵈ____ day of March 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE